United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PATENT TECHNOLOGY, LLC,
Plaintiff,

v.

LAWRENCE WOODMAN, et al.,
Defendants.

Case No. 15-cv-00578-DMR

**ORDER DENYING MOTION FOR DEFAULT JUDGMENT WITHOUT PREJUDICE**

Re: Dkt. No. 27

On May 11, 2015, Plaintiff Patent Technology, LLC filed a motion for "entry of default judgment" as to Defendant Tao Olagoke. [Docket No. 27.] Plaintiff did not notice the motion for a hearing before the undersigned as required by Civil Local Rule 7-2. Further, having reviewed that motion, this court determines that Plaintiff did not brief its entitlement to the entry of default judgment pursuant to the factors enumerated in the Ninth Circuit's decision in *Eitel v. McCool*, 782 F.2d 1470, 1471-72 (9th Cir. 1986). Additionally, Plaintiff did not brief the issue of this court's personal jurisdiction over Defendant Olagoke, nor did it address the adequacy of service on Defendant. *See In re Tuli*, 172 F.3d 707, 712 (9th Cir. 1999) (before assessing merits of motion for default judgment, court must confirm that it has subject matter jurisdiction over case and personal jurisdiction over parties, as well as ensure adequacy of service on defendant). Furthermore, in order to recover damages after securing a default judgment, a plaintiff must prove the relief it seeks by submitting proper evidence by way of a sworn affidavit. *Bd. of Trs. of the Boilermaker Vacation Trust v. Skelly, Inc.*, 389 F. Supp. 2d 1222, 1226 (N.D. Cal. 2005); *see Pepsico, Inc. v. Cal. Sec. Cans*, 238 F. Supp. 2d 1172, 1175 (C.D. Cal. 2002) (citing *Televideo Sys., Inc. v. Heidenthal*, 826 F.2d 915, 917-18 (9th Cir. 1987). Plaintiff did not submit evidence supporting the damages it seeks.

Therefore, Plaintiff's motion for entry of default judgment is denied without prejudice.

Plaintiff shall re-file its motion in compliance with Local Rule 7-2 and properly notice it for hearing before the undersigned. It shall also address the above deficiencies in its re-filed motion for default judgment.

**Immediately upon receipt of this Order, Plaintiff shall serve Defendants with a copy of this Order and file a proof of service with the court.**

**IT IS SO ORDERED.**

Dated: May 12, 2015




Donna M. Ryu
United States Magistrate Judge

United States District Court
Northern District of California