United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PATENT TECHNOLOGY, LLC,

Plaintiff,

v.

LAWRENCE WOODMAN, et al.,

Defendants.

Case No. 15-cv-00578-DMR

**ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION TO COMPEL**

Re: Dkt. No. 41

On September 9, 2015, Plaintiff Patent Technology, LLC filed a motion to compel administrative discovery and noticed the motion for a hearing on November 5, 2015. [Docket No. 41.]

The motion is procedurally defective in several ways. First, Plaintiff did not comply with Civil Local Rules 7-2 and 7-4, in that its motion does not set forth "a concise statement of what relief or Court action" Plaintiff seeks and does not contain argument by Plaintiff, supported by pertinent authorities. For example, although it appears that Plaintiff seeks a court order compelling third parties Bank of America and Microsoft Corporation to respond to discovery served by Plaintiff, Plaintiff also discusses the circumstances of service of the complaint on Defendant Tao A. Olagoke. The court is unable to discern how Olagoke relates to the relief Plaintiff seeks from Bank of America and Microsoft Corporation. Further, Plaintiff does not cite authority for the relief it seeks. Plaintiff also failed to comply with Civil Local Rule 7-5, which requires that factual contentions made in support of a motion must be supported by an affidavit or declaration. For example, Plaintiff submitted a declaration by its counsel, Michael Klicpera, but the declaration does not contain all of the relevant facts discussed in the motion. For example, the relevant discovery at issue (the Rule 45 subpoenas) is not attached to or authenticated by Klicpera's declaration.

Finally, although it appears that Plaintiff seeks a court order compelling third parties Bank of America and Microsoft Corporation to respond to discovery served by Plaintiff, it appears that Plaintiff did not serve its motion on those entities, since Plaintiff did not file a proof of service of its motion. Therefore, Plaintiff's motion to compel administrative discovery is denied without prejudice.

If Plaintiff seeks to re-file its motion, it must comply with all applicable Civil Local Rules. Further, it must submit properly authenticated copies of the discovery that it served on Bank of America and Microsoft Corporation, along with a proof of service of the motion on those entities. Finally, November 5, 2015 is not an available hearing date before the undersigned. Plaintiff shall notice any re-filed motion on an available hearing date before the undersigned in accordance with the scheduling guidelines set forth in the court's Standing Order.

**IT IS SO ORDERED.**

Dated: September 17, 2015



_____
Donna M. Ryu
United States Magistrate Judge