United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PATENT TECHNOLOGY, LLC,

    Plaintiff,

    v.

LAWRENCE WOODMAN, et al.,

    Defendants.

Case No. 15-cv-00578-DMR

**ORDER ON PLAINTIFF'S MOTION FOR RECONSIDERATION**

Re: Dkt. No. 46

The court has received Plaintiff's "motion to reconsider and response to order re second motion to compel." [Docket No. 46.] It appears Plaintiff seeks reconsideration of the court's September 24, 2015 order on Plaintiff Patent Technology, LLC's second motion to compel discovery from third parties Bank of America and Microsoft Corporation. [Docket No. 45.] In that order, the court reset the hearing on Plaintiff's second motion to compel, set a briefing schedule for the motion, and ordered Plaintiff to "either file a proof of service of its motion [to compel] on Bank of America and Microsoft Corporation, or . . . serve the motion on Bank of America and Microsoft Corporation and file a proof of service thereon" by October 2, 2015.[1] [Docket No. 45 at 1.]

In its "motion to reconsider," Plaintiff indicates that it already "electronically filed the Proof of Service for Bank of America and Microsoft Corporation," citing Dockets No. 38-40 and exhibits attached to the second motion to compel. [*See* Docket Nos. 44-2, 44-3.] These proofs of service appear to show that Plaintiff served its Rule 45 subpoenas on Bank of America and Microsoft Corporation. **This misses the point. Plaintiff seeks to compel Bank of America and**

---

[1] This was the second time the court had ordered Plaintiff to serve a copy of its motion to compel on the third parties. On September 17, 2015, the court denied without prejudice Plaintiff's first motion to compel, noting that if Plaintiff sought to re-file its motion, it must submit "proof of service of the motion on" Bank of America and Microsoft Corporation. [Docket No. 43 at 2.]

**Microsoft Corporation to comply with and respond to its subpoenas, but has not filed proof that it has served the second motion to compel on Bank of America and Microsoft Corporation.**

Therefore, since it remains unclear whether Plaintiff has served its second motion to compel on Bank of America and Microsoft Corporation, the court hereby vacates the briefing schedule for the second motion to compel previously set in its September 24, 2015 order.  **By no later than October 7, 2015, Plaintiff shall file a proof of service of the second motion to compel on Bank of America and Microsoft Corporation.  If it has not already served a copy of the second motion to compel on Bank of America and Microsoft Corporation, Plaintiff shall serve the second motion to compel on Bank of America and Microsoft Corporation and file a proof of service thereon.  Plaintiff shall also serve a copy of this order and the September 24, 2015 order on Bank of America and Microsoft Corporation and file a proof of service.**

**IT IS SO ORDERED.**

Dated: October 2, 2015



Donna M. Ryu
United States Magistrate Judge