UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PATENT TECHNOLOGY, LLC,

    Plaintiff,

v.

LAWRENCE WOODMAN, et al.,

    Defendants.

Case No. 15-cv-00578-DMR

**ORDER TAKING PLAINTIFF'S MOTION TO COMPEL UNDER SUBMISSION WITHOUT ORAL ARGUMENT**

TO ALL PARTIES AND COUNSEL OF RECORD:

The court has received Plaintiff's motion to compel administrative discovery (Docket No. 44), and finds that the matter is appropriate for resolution without oral argument pursuant to Civil Local Rule 7-1(b). Accordingly, the November 12, 2015 hearing on the motion is hereby VACATED. The court will issue a written order on the motion. Additionally, the initial case management conference has been CONTINUED to **February 3, 2016 at 1:30 p.m.** An updated case management statement is due by January 27, 2015.

**Plaintiff shall immediately serve a copy of this order on third parties Bank of America and Microsoft Corporation and file a proof of service.**

**IT IS SO ORDERED**.

Dated: November 5, 2015

_____
DONNA M. RYU
United States Magistrate Judge

