UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PATENT TECHNOLOGY, LLC,

    Plaintiff,

    v.

LAWRENCE WOODMAN, et al.,

    Defendants.

Case No. 4:15-cv-00578-DMR

**ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**

The court is in receipt of Plaintiff's Motion to continue the Initial Case Management Conference [Docket No. 77]. The request is granted. The Initial Case Management Conference previously scheduled for February 3, 2016 at 1:30 p.m. has been CONTINUED to **April 20, 2016 at 1:30 p.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612. The Case Management Statement is due no later than April 13, 2016. All other deadlines as set forth in the Order Setting Initial Case Management Conference and ADR Deadlines are continued accordingly. Immediately upon receipt of this Order, Plaintiff shall serve Defendants with a copy of this Order and file a proof of service with the court.

**IT IS SO ORDERED.**

Dated: February 1, 2016

Donna M. Ryu
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATENT TECHNOLOGY, LLC,<br><br>   Plaintiff,<br><br>  v.<br><br>LAWRENCE WOODMAN, et al.,<br><br>   Defendants. | Case No. 4:15-cv-00578-DMR<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 1, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lawrence Woodman
5 Phipps Barton
Sunderland
Bristol,  BS15 IDB
UK

Dated: February 1, 2016

              Susan Y. Soong
              Clerk, United States District Court

              By:_____
              Ivy Lerma Garcia, Deputy Clerk to the
              Honorable DONNA M. RYU