Michael E. Klicpera (SBN: 164005)
P.O. Box 1164
Alamo, CA  94507
Telephone: 619.980.8680
email: debonair7@att.net

Attorney for Plaintiff Patent Technology, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Patent Technology, LLC, a Wyoming Corporation,<br><br>            Plaintiff,<br><br>vs.<br><br>Lawrence Woodman, Perfect Trust (PT) Express and Security Company, AIG Imports and Exports, Ibrahim G. Ahmed, Tao Olagoke A. and Does 1-50<br><br>            Defendant | Case No.: 4:15-cv-00578 DMR<br><br>Memorandum of Law for Administrative Motion Requesting Yahoo, Skype and the New Mexico Department of Health, to Produce Documentation Identifying Information and Mailing Address of Potential Defendants Marry Smith.<br><br>Judge: Hon. Donna M. Ryu<br><br>Complaint Filed Feb. 6, 2015 |

**PLAINTIFF PATENT TECHNOLOGY, LLC. MOTION FOR ADMINISTRATIVE DISCOVERY OF MARRY SMITH**

Microsoft has responded to the second request for limited administrative discovery (see Exhibit A). In response to Request for Product No. 1, (Marry Smith Skype information), Microsoft has stated that Skype Communications S.a.r.l. will only respond to request for user records upon a receipt from an order from a Luxembourg court. Microsoft further states "To formally request record, please send any hard copy court order to Skype Communications S.a.r.l. 23-29 Rives de Clausen, L-2165, Luxembourg.

Plaintiff is requesting this Court to specifically request Marry Smith Skype information as instructed by Microsoft to order to Skype Communications S.a.r.l. 23-29 Rives de Clausen, L-2165, Luxembourg to provide the limited administrative discovery of Mary Smith (however, this statement may conflict with the statement that Skype Communications S.a.r.l. will only respond to requests for user records upon receipt of an order from a Luxembourg Court).

The Plaintiff would like to obtain identifying information, mailing addresses, and other information of potential defendant Marry Smith.

1) identification of the following information for the account owner associated with Juliet Smith Skype account identification juliet.smith85.

2) identification of the following information for the account owner associated with Juliet Smith Skype account identification marry.juliet33.

Previously this Court did not allow the Plaintiff to require the State of New Mexico to verify the birth date and related information of Marry Smith.  Marry Smith has listed her birthday using Skype communications, and conveyed this birthday with the Plaintiff, that she was born on February 10, 1980.  Now Marry Smith is telling the Plaintiff that her birthday is August 8, 1980.

In light of the difficult the Plaintiff is getting information to serve the defendants, the Plaintiff hereby, one again, requests that that the Court order the State of New Mexico Department of Health (P.O. Box 25767 Albuquerque, NM 87125) to verify the birth of Marry Smith in New Mexico.  New Mexico birth certificates are restricted access records and State law restricts access to the:

a) registrant's immediate family members, or

b) those who represent tangible proof of legal interest in the requested record.

The Plaintiff certainly meets the standard for tangible proof of legal interest and the Plaintiff is requesting the recorded Marry Smith's birthday listed on Skype (February 10, 1980) and another birthday disclosed in an email to Plaintiff regarding her passport birth date (August 8, 1980). This

**disclosure of two different birthdates necessities the need to discover if any of these birthdates are valid. And since Marry Smith has provided a story about her family inheritance, the Plaintiff is requesting the Court grant residential information in the state of New Mexico that the Department of Health has on record.**

**The Plaintiff also is requesting the Yahoo provide limited discovery identifying the full contact information (name, physical address, phone number; full name of user; full URL to yahoo profile; school/networks; known birth date; known associated email addresses; IM account ID; current phone numbers, name, address and other information regarding the email address marrysmith210@yahoo.com.**

**3) identification of the listed information for the account owner associated with yahoo mail account; marrysmith210@yahoo.com.**

**Conclusion**

**Disputes with foreign-based individuals over the internet have proven quite challenging and unsuccessful.  The Plaintiff has spent significant time and money to help Marry Smith, who allegedly is still residing in Malaysia, and who is a key potential individual in this lawsuit. Marry Smith's identification by Skype address, as allowed by the Court, is complex and not timely.  The Plaintiff is requesting Skype in Luxembourg to respond to the limited discovery request, but Microsoft states that will only respond to an order from a Luxembourg court. In attempt to facilitate the court process,**

the Plaintiff is also requesting the Court to also order Yahoo to provide limited discovery for the email address marrysmith210@yahoo.com and that the New Mexico Department of Health identify the birthday and residential identification information of Marry Smith and here immediate family members.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: February 2, 2016

                            Patent Technology, LLC

                            /s/ Michael Klicpera

                            Attorney for Patent Technology, LLC