UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATENT TECHNOLOGY, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>LAWRENCE WOODMAN, et al.,<br><br>    Defendants. | Case No. 15-cv-00578-DMR<br><br>**ORDER RE CHAMBERS COPIES**<br><br>Re: Dkt. Nos. 69, 79, 80 |

PLEASE TAKE NOTICE that the chambers copies of the following motions filed by Plaintiff were submitted in a format that is not usable by the court:

- "Third administrative motion for discovery" (Docket No. 69),
- "Third Motion for Discovery CORRECTION OF DOCKET #74" (Docket No. 79), and
- "First Motion CORRECTION OF DOCKET #75" (Docket No. 80).

The chambers copies are not usable because they

( )    consists of a stack of loose paper wrapped with a rubber band;

( )    consists of a stack of loose paper fastened with a binder clip or a paper clip;

( )    is too thick to permit secure fastening with a staple, and is fastened with a brad-type fastener that is too short for the thickness of the document;

( )    has no tabs for the voluminous exhibits;

( )    includes exhibits that are illegible;

( )    includes exhibits that are unreadable because the print is too small;

( )    includes text and/or footnotes in a font smaller than 12 point;

( )    includes portions or exhibits that are redacted because the submitting party has

1 requested leave to file those portions under seal; or

2 (X) **is not usable for another reason – the copies do not bear the ECF filing**

3 **"stamp" (case number, docket number, date, and ECF page number) along**

4 **the top of the page.**  *See* Magistrate Judge Donna M. Ryu's Standing Order § 5.

The paper used for the above-described chambers copy has been recycled by the court.  No later than February 15, 2016, Plaintiff shall submit a chambers copy in a format that is usable by the court.

**IT IS SO ORDERED.**

Dated: February 8, 2016



_____
DONNA M. RYU
United States Magistrate Judge