UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATENT TECHNOLOGY, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LAWRENCE WOODMAN, et al.,<br><br>　　　　Defendants. | Case No.  15-cv-00578-DMR<br><br>**ORDER GRANTING ADMINISTRATIVE MOTION FOR ALTERNATE METHOD OF SERVICE ON DEFENDANT WOODMAN**<br><br>Re: Dkt. No. 80 |

The court has received Plaintiff Patent Technology, LLC's administrative motion to authorize an alternate method of service of process on Defendant Lawrence Woodman pursuant to Federal Rule of Civil Procedure 4(f)(3).  [Docket No. 80.]  Having considered Plaintiff's motion and supporting papers, the court finds that Plaintiff has shown good cause to allow service of the summons and complaint on Defendant Woodman via email at "woodman009confidential@gmail.com."  Plaintiff's motion is GRANTED.

**IT IS SO ORDERED.**

Dated: March 29, 2016



Donna M. Ryu
United States Magistrate Judge