Michael E. Klicpera (SBN: 164005)
P.O. Box 1164
Alamo, CA  94507
Telephone: 619.980.8680
email: debonair7@att.net

Attorney for Plaintiff Patent Technology, LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| Patent Technology, LLC, a Wyoming Entity,<br><br>        Plaintiff,<br><br>vs.<br><br>Lawrence Woodman, Perfect Trust (PT) Express and Security Company, AIG Imports and Exports, Ibrahim G. Ahmed, Tao Olagoke A. and Does 1-50<br>        Defendant | Case No.: 4:15-cv-00578 DMR<br><br>Memorandum of Law for Reconsideration of an Administrative Motion Requesting the New Mexico Department of Health, to Produce Documentation Identifying and Mailing Address of Potential Defendant Marry Smith.<br><br>Judge: Hon. Donna M. Ryu<br><br>Complaint Filed Feb. 6, 2015 |

**PLAINTIFF PATENT TECHNOLOGY, LLC. MONTION FOR ADMINISTRATIVE DISCOVERY**

Plaintiff hereby renews and proposes an administrative motion to obtain limited discovery information from Marry Smith.

The Plaintiff has requested the Yahoo provide limited discovery identifying the full contact information (name, physical address, phone number; full name of user; full URL to yahoo profile; school/networks; known birth date; known associated email addresses; IM account ID; current phone numbers, name, address and other information regarding the email address marrysmith210@yahoo.com and this is currently pending.  The Plaintiff knows that the information, when disclosed, is limited because anyone can establish an yahoo email account with little or fraudulent information.

Previously this Court did not allow the Plaintiff to require the State of New Mexico to verify the birth date and related information of Marry Smith.

In light of the difficult the Plaintiff is getting information about potential defendants, the Plaintiff hereby, one again, requests that that the Court order the State of New Mexico Department of Health (P.O. Box 25767 Albuquerque, NM 87125) to verify the birth of Marry Smith in New Mexico.  New Mexico birth certificates are restricted access records and State law restricts access to the:

a) registrant's immediate family members, or

b) those who represent tangible proof of legal interest in the requested record.

To this day, potential defendant Marry Smith still communicates with the Plaintiff almost on daily or weekly basis. Potential defendant Marry Smith has stated numerous times that she is telling nothing but the truth and she is being completely honest.  The Plaintiff, being very suspicious about these statements, has been making numerous demands that potential defendant Marry Smith proves the facts and statements she has been providing to the Plaintiff.

On January 28, 2016, the Plaintiff finally convinced potential defendant Marry Smith to provide him with a list of the properties in Maumee, in Lucas County, Ohio that she has been conveying she owns (see copy of email Exhibit A). Potential defendant Marry Smith has conveyed for years that she has rights to and owns significant properties in Maumee, Ohio. The Plaintiff used an Ohio governmental property search website and searched every address on the streets that Marry Smith provided. The Plaintiff found that neither Dennis Smith (father), Marry Smith (potential defendant) nor Mr. McCandles (father's property attorney) owned any of the properties on the streets that Marry Smith provided.  The Plaintiff sent an email to Marry Smith conveying that Plaintiff could not confirm that she had any rights to the properties she described (See copy of email Exhibit B).  Marry Smith just pleaded that she owned properties in Maumee, Ohio and "I will have control over them as soon as I get back home" (See copy of email Exhibit C).

I then demand that potential Marry Smith call the Plaintiff by cell or standard telephone.  On January 31, 2016 at 9:15 a.m., 9:23 a.m. and 9:52 a.m., a woman, allegedly Marry Smith, attempted twice (the first two calls) and then on the third try called me and told me she was Marry Smith. The number was a non normal telephone number and showed up on the cell phone as (222-555-5).  Later during the week, the Plaintiff called telephone phone number (222-555-5) and a mail answered the phone telling the Plaintiff that he reached an international school in San Diego.

The Plaintiff paid for various searches on Marry Smith. The search (TruthFinder) resulted in negative finding and the Plaintiff sent email, on March 3, 2016, showing that an investigation on Marry Smith from New Mexico with her alleged birth date resulted in a negative outcome (See copy of email Exhibit D).

The Plaintiff explained to Marry Smith that there is need to verify the facts that she had been providing including her birthplace and birth date.

On March 6, 2016, Plaintiff sent an email to potential defendant Marry Smith attaching the legal documentation needed from the Department of Health, New Mexico to obtain access to records (See copy of emails Exhibits E).  On March 6, 2016, Plaintiff sent an email to Marry Smith with an attachment including a limited Power of Attorney to obtain records of the birth place and birth date of Marry Smith (See copy of emails Exhibits F).

On this same day, Marry Smith responded that "she see (sic) no point in giving out this confidential information out (sic). I have been warned abd (sic) advised not to give thid (sic) information out ovr (sic) the internet." (see copy of email Exhibit G).

The Plaintiff has, for years now, trying to confirm the identity of the individual Marry Smith. Every attempt the Plaintiff uses to verify the identity of Marry Smith is thwarted by excuses and misinformation. Plaintiff contends the Marry Smith is hiding facts to prevent disclosure of her true identity. When the Plaintiff requested Marry Smith provide a Power of attorney to request the State of New Mexico Department of Health (P.O. Box 25767 Albuquerque, NM 87125) to verify her birth date, Marry Smith declined citing internet security concerns.

After numerous attempts to secure important information about potential Defendant Marry Smith, the Plaintiff asserts that he certainly meets the standard for tangible proof of legal interest to obtain the records of Marry Smith and her immediate family members. Marry Smith has conveyed to Plaintiff that, her father past away sometime in 2011, and that she has a sister or step sister that lives around Fairfield, CA. The Plaintiff is, once again, requesting that the Court to allow the Plaintiff to request, the State of New Mexico Department of Health, to provide information about Marry Smith and immediate family members only for the purpose to determine if Marry Smith is an actual defendant.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

 **Dated: April 11, 2016**

                         **Patent Technology, LLC**

                         **/s/ Michael Klicpera**

                         **Attorney for Patent Technology, LLC**

**Exhibit A**

**Owned Property Description by Marry Smith**

**Exhibit B**

**Clarification Request by Plaintiff**

**Exhibit C**

**Marry Smith Response to Clarification Request**

**Exhibit D**

**TruthFinder People Search Results**

**Exhibit E**

**Department of Health, New Mexico legal documentation sent to Marry Smith in Email**

**Exhibit F**

**Power of Attorney Email and Attached Form Sent to Marry Smith for Granting Access to New Mexico Depart of Health Records**

**Exhibit G**

**Marry Smith Response Citing Internet Security Concerns**