UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PATENT TECHNOLOGY, LLC,
    Plaintiff,
    v.
LAWRENCE WOODMAN, et al.,
    Defendants.

Case No. 15-cv-00578-DMR

**ORDER RE CHAMBERS COPIES**

Re: Dkt. Nos. 96, 97, 99

Plaintiff Patent Technology, LLC recently filed three motions: an administrative motion seeking early discovery (Docket No. 96), a motion for default judgment (Docket No. 97), and a motion for leave to file a second amended complaint (Docket No. 99). However, no chambers copies of the motions have been submitted in compliance with Civil Local Rule 5-1 and the court's Standing Order. *See* Civ. L.R. 5-1. By June 3, 2016, Plaintiff shall submit chambers copies of the above-referenced documents. ALL CHAMBERS COPIES MUST INCLUDE: (1) ON EACH PAGE THE RUNNING HEADER CREATED BY THE ECF SYSTEM; AND (2) ALL EXHIBITS WITH LABELED TAB DIVIDERS.

**IT IS SO ORDERED.**

Dated: June 1, 2016



Donna M. Ryu
United States Magistrate Judge