United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PATENT TECHNOLOGY, LLC,

    Plaintiff,

v.

LAWRENCE WOODMAN, et al.,

    Defendants.

Case No.  15-cv-00578-DMR

**ORDER TO SHOW CAUSE**

A case management conference and a hearing on Plaintiff's motions for default judgment and for leave to file a second amended complaint were scheduled for July 28, 2016 at 11:00 a.m. in the above-entitled case. No appearance was made on behalf of Plaintiff. Therefore, IT IS HEREBY ORDERED that by **August 4, 2016**, Plaintiff shall submit a statement explaining why this case should not be dismissed for failure to prosecute. Failure to respond by August 4, 2016 may result in the dismissal of this case for failure to prosecute.

**IT IS SO ORDERED.**

Dated: July 28, 2016



Donna M. Ryu
United States Magistrate Judge