United States District Court
Northern District of California

1
2
3
4          UNITED STATES DISTRICT COURT
5          NORTHERN DISTRICT OF CALIFORNIA
6
7  PATENT TECHNOLOGY, LLC,                    Case No. 15-cv-00578-DMR
       Plaintiff,
8
9      v.                                     **ORDER DISCHARGING ORDER TO SHOW CAUSE**
   LAWRENCE WOODMAN, et al.,
10                                            Re: Dkt. No. 105
       Defendants.
11
12     The court has received Plaintiff Patent Technology, LLC's response to the court's July 28,
13 2016 Order to Show Cause.  [Docket No. 106.]  The Order to Show Cause is discharged.  The
14 court will conduct a further case management conference and a hearing on Plaintiff's motions for
15 default judgment (Docket No. 97) and for leave to file a second amended complaint (Docket No.
16 99) on **August 25, 2016 at 11:00 a.m.**
17
18     **IT IS SO ORDERED.**
19 Dated: August 5, 2016
20                                            _____
21                                            Donna M. Ryu
                                              United States Magistrate Judge

