UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PATENT TECHNOLOGY, LLC,

    Plaintiff,

v.

LAWRENCE WOODMAN, et al.,

    Defendants.

Case No. 15-cv-00578-DMR

**ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE**

Plaintiff Patent Technology, LLC filed this matter in February 2015. On August 25, 2016, the court granted Plaintiff's motion for leave to file a third amended complaint. [Docket No. 109.] The court ordered Plaintiff to file its third amended complaint by September 8, 2016 and ordered Plaintiff to complete service on Defendants within 90 days after filing "[g]iven Plaintiff's delays in prosecuting the case." *Id*. Plaintiff filed its third amended complaint on September 8, 2016 (Docket No. 110); therefore, the deadline for service was December 7, 2016. No proof of service of the third amended complaint on any of the defendants has been filed. *See* Fed. R. Civ. P. 4(l)(1) ("[u]nless service is waived, proof of service must be made to the court.").

Plaintiff has been given ample opportunity to obtain information about Defendants in order to serve them with the operative complaint. In light of Plaintiff's failure to serve the third amended complaint by the deadline set by the court, this matter is dismissed for failure to prosecute.[1]

**IT IS SO ORDERED.**

Dated: January 5, 2017

_____
Donna M. Ryu
United States Magistrate Judge

---

[1] The court notes that on January 4, 2017, nearly one month after the deadline for service had passed, Plaintiff filed a motion for leave to serve Defendant Mr. McCandles by email. [Docket No. 121.] In light of the court's dismissal, the motion is denied as moot.